**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-7866**

─────────────

KENNETH ALAN STRADLEY,

              Petitioner - Appellant,

       v.

WARDEN, EVANS CORRECTIONAL INSTITUTION,

              Respondent – Appellee,

       and

STATE OF SOUTH CAROLINA,

              Respondent.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  G. Ross Anderson, Jr., Senior
District Judge.  (3:08-cv-01875-GRA)

─────────────

Submitted:  March 25, 2010          Decided:  April 12, 2010

─────────────

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Tara Dawn Shurling, Columbia, South Carolina, for Appellant.
Donald John Zelenka, Deputy Assistant Attorney General, James
Anthony Mabry, Assistant Attorney General, Columbia, South
Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Alan Stradley seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition.  The order is not appealable unless a circuit justice or judge issues a certificate of appealability.  See 28 U.S.C. § 2253(c)(1) (2006).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2) (2006).  A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable.  See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001).  We have independently reviewed the record and conclude that Stradley has not made the requisite showing.  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2